ANDREW H. FRANK, Respondent, *v.* GEORGE W. BATTEN, Appellant.

(Submitted June 26, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday in January, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*E. M. Ashley* for appellant.

*Elias Root* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

FREDERICK A. RINGLER et al., Respondents, *v.* WILLIAM M. REYNOLDS et al., Appellants.

(Argued June 27, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1892, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Anthony R. Dyett* for appellants.

*Henry Daily, Jr.,* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.